FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

S.A. HOSPITALITY GROUP, INC.,

    Plaintiff,

v.

                                  No. 2:19-cv-02025-SHM-cgc

ARCH SPECIALTY INSURANCE COMPANY,

    Defendant.

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff S.A. Hospitality Group, Inc., by and through counsel, and hereby provides notice to this Honorable Court pursuant to Local Rule 83.13(a) that the parties have reached a settlement of their dispute.  Pursuant to Local Rule 83.13(b), the parties anticipate submitting a Stipulation and Agreed Order of Dismissal With Prejudice to the Court for entry within 28 days.

                                          Respectfully submitted,

                                          McDONALD KUHN, PLLC
                                          /s/ Joseph B. Baker
                                          Joseph B. Baker (28046)
                                          5400 Poplar Avenue, Suite 330
                                          Memphis, Tennessee 38119
                                          (901) 526-0606
                                          *Attorneys for Plaintiff*

                                          &

                                          CRISLIP, PHILIP & ROYAL
                                          John B. Philip (8837)
                                          5170 Sanderlin, Suite 201
                                          Memphis, Tennessee 38117
                                          (901) 525-2427
                                          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been served on the following electronic mail on this the <u>18th</u> day of February 2020:

| | |
|---|---|
| David E. Heiss | Chris Vlahos |
| 151 North Franklin Street, Suite 2500 | 1221 6th Avenue North |
| Chicago, IL 60606 | Nashville, Tennessee 37208 |
| DHeiss@hinshawlaw.com | cvlahos@rlfllp.com |
| *Attorney for Defendant* | *Attorney for Defendant* |

                                      <u>/s/ Joseph B. Baker</u>
                                      Joseph B. Baker