IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| S.A. HOSPITALITY GROUP, INC., ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> ARCH SPECIALTY INSURANCE ) <br> COMPANY, ) <br> ) <br> **Defendant.** ) | Case No. 2:19-cv-2025 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, S.A. Hospitality Group, Inc. and Defendant, Arch Specialty Insurance Company, by and through their respective counsel hereby stipulate that the above-captioned matter should be dismissed with prejudice with each party to bear its own costs.

Respectfully submitted,

| **MCDONALD KUHN, PLLC** | **HINSHAW & CULBERTSON LLP** |
|---|---|
| /s/ Joseph B. Baker | /s/ David E. Heiss |
| Joseph B. Baker (28046) <br> MCDONALD KUHN, PLLC <br> 5400 Poplar Avenue, Suite 330 <br> Memphis, TN  38119 <br> jbaker@mckuhn.com <br> *Attorneys for Plaintiff* | Peter E. Kanaris (*pro hac vice*) <br> David E. Heiss (*pro hac vice*) <br> HINSHAW & CULBERTSON LLP <br> 151 N. Franklin, Suite 2500 <br> Chicago, Illinois 60606 <br> pkanaris@hinshawlaw.com <br> dheiss@hinshawlaw.com <br> <br> *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

    I, David E. Heiss, hereby certify that on March 11, 2020, a copy of the foregoing ***Stipulation of Dismissal with Prejudice*** was filed electronically with the Court's ECF system, which will send notice of filing via email to the party of record shown below:

John B. Phillip
Crislip, Philip & Royal
5170 Sanderlin, Suite 201
Memphis, TN 38117

                                                                             /s/   *Joseph B. Baker*