# UNITED STATES DISTRICTCOURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DISTRICT

**S.A. HOSPITALITY GROUP, INC.,**

    Plaintiff,

v.                                            Civil Action: 2:19-cv-2025-SHM-cgc

**ARCH SPECIALTY INSURANCE COMPANY,**

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the parties' March 11, 2020 Stipulation of Dismissal (D.E. 43). For good cause show, this action is DISMISSED with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A). Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED, this 16th day of March, 2020.

                                          */s/ Samuel H. Mays, Jr.*
                                          SAMUEL H. MAYS, JR.
                                          UNITED STATES DISTRICT JUDGE