```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION


S.A. HOSPITALITY GROUP, INC.,

       Plaintiff,

v.
                                   No. 2:19-cv-2025-SHM-cgc


ARCH SPECIALTY INSURANCE
COMPANY,

       Defendant.
```

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order (D.E. 44), docketed March 17, 2020.

## APPROVED:

*/s/ Samuel H. Mays, Jr.*_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

March 16, 2020_____          THOMAS M. GOULD_____
DATE                                              CLERK

                                                  _s/  Jairo Mendez_____
                                                  (By) DEPUTY CLERK